UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBEY KURT HAIRSTON,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>JEFF BEZO, AMAZON,<br><br>　　　　　　　　　　　Defendant. | Case No.: 3:23-cv-1501-JAH-BGS<br><br>**ORDER DISMISSING CIVIL ACTION WITHOUT PREJUDICE FOR FAILING TO PAY FILING FEE AND/OR FAILING TO MOVE TO PROCEED IN FORMA PAUPERIS** |

All parties instituting any civil action, suit or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $402. *See* 28 U.S.C. § 1914(a).[1] An action may proceed despite a plaintiff's failure to prepay the entire fee, however, if he is granted leave to proceed in forma pauperis ("IFP") pursuant to 28 U.S.C. Section 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007); *Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

///

---

[1] In addition to the $350 statutory fee, civil litigants must pay an additional administrative fee of $52. *See* 28 U.S.C. § 1914(a) (Judicial Conference Schedule of Fees, District Court Misc. Fee Schedule, § 14 (eff. Dec. 1, 2020)). The additional $52 administrative fee does not apply to persons granted leave to proceed IFP. *Id.*

1

Here, Plaintiff filed a complaint on August 14, 2023. (ECF No. 1). Thirty days have elapsed since the filing of the complaint, and Plaintiff has yet to pay the $402 civil filing and administrative fee, or to submit a Motion to Proceed IFP. Accordingly, the Court dismisses this civil action without prejudice based on Plaintiff's failure to take the necessary action for this matter to proceed. *See* 28 U.S.C. § 1914(a); *Andrews*, 493 F.3d at 1051.

**IT IS SO ORDERED.**

DATED: September 15, 2023

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE